UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL GALLAGHER, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | M.B.D. No. 16-mc-91022-IT |
| | * | |
| TWO RAM CREW, LLC, LEGENDARY, | * | |
| ENTERTAINMENT, LLC, and | * | |
| HOUSTON CURTIS, | * | |
| | * | |
| Defendants. | * | |

ORDER

August 17, 2016

TALWANI, D.J.

On May 5, 2016, the court ordered Barbara Curtis to show cause why she should not be held in contempt for failing to comply with a subpoena. Order Show Cause [#4]. Plaintiff has filed an Affidavit of Service affirming that Curtis was personally served with a copy of the court's order on May 9, 2016. Curtis has filed no response to the show cause order.

Accordingly, the court orders Curtis to appear in person on September 7, 2016, at 2:30 pm in Courtroom 9 of the John Joseph Moakley U.S. Courthouse, at 1 Courthouse Way, Boston, MA, 02210, for a hearing on the request that the court hold Curtis in contempt. Because possible penalties for contempt include imprisonment, Curtis has the right to be represented at the hearing by counsel. If she cannot afford an attorney, the court will appoint counsel for her.

Plaintiff is directed to serve a copy of this Order on Barbara Curtis and to file a certificate of service.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge